BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE PHILLIPS, Bar No. 203786
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>   Plaintiffs,<br><br> v.<br><br>SMITH-EMERY COMPANY, A California Corporation;<br><br>   Defendant. | No.   C 06-07865 SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

  Settlement having been reached, the parties, by and through their counsel of record, hereby stipulate and request that the above-entitled action be dismissed in its entirely with prejudice, each

////

side to bear its own attorney's fees and costs.

Dated: 2/13/08, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Patricia Davis
PATRICIA DAVIS
Attorneys for Operating Engineers Trust Funds

Dated: February 5, 2008

WOLFLICK & SIMPSON

By: /s/ Gregory D. Wolflick
GREGORY D. WOLFLICK
Attorneys for Defendant Smith-Emery Company

## ORDER

**IT IS SO ORDERED.**

Dated: 2/14/08

_____
UNITED STATES DISTRICT COURT JUDGE

*(Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti)*

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON
Case No. 06-07865 SC

91694/481950